IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **ON FIRE CHRISTIAN CENTER, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 3:20-cv-00264-JRW |
| **GREG FISCHER, in his official capacity as Mayor of Louisville Metro, and the CITY OF LOUISVILLE,** | |
| **Defendants** | |

## NOTICE OF FILING TENDERED SUMMONS

Comes the Plaintiff, On Fire Christian Center, Inc., by counsel, and, pursuant to the Court's Notice on Summons issued in the above-styled case (DN 4), notifies the Court that it has tendered a Summons hereto for each of Defendants Greg Fischer, in his official capacity as Mayor of Louisville Metro, and the City of Louisville as Exhibits 1 and 2. Plaintiff further attests in this Notice that it has tendered a copy of the Complaint (DN 1), the Plaintiff's Emergency Motion for Temporary Restraining Order and Motion for Emergency Hearing (DN 3), the Memorandum in Support of Plaintiff's Emergency Motion for Temporary Restraining order (DN 3-1) and its Exhibits (DN 3-2, 3-3, 3-4), and the proposed Order Granting Plaintiff's Motion for a Temporary Restraining Order (DN 3-5), to counsel for Defendant Greg Fischer by electronic mail dated April 10, 2020. Pursuant to the Court's Notice on Summons, Plaintiff hereby notifies the Court that it does not intend to serve any summons through the Kentucky Secretary of State.

- 2 -

Respectfully submitted,

*/s/ J. Brooken Smith*
J. Brooken Smith
Michael G. Swansburg, Jr.
SWANSBURG & SMITH, PLLC
291 N. Hubbards Lane, Suite 172
Box 321
Louisville, Kentucky 40207
Phone: (502) 805-5960
jbs@swansburgandsmith.com
mgs@swansburgandsmith.com

*Attorneys for Plaintiff On Fire Christian Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020, I served a true and accurate copy of the foregoing Notice of Filing Tendered Summons, with exhibits, via CM/ECF upon the Clerk of the Court.

*/s/ J. Brooken Smith*
J. Brooken Smith

*Counsel for Plaintiff,
On Fire Christian Center, Inc.*