UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
(AT LOUISVILLE)

| | |
|---|---|
| ON FIRE CHRISTIAN CENTER, INC. ) | |
| ) | |
| PLAINTIFF, ) | Civil Action No. 3:20-cv-264-JRW |
| ) | |
| v ) | |
| ) | |
| GREG FISCHER, in his official ) | |
| capacity as Mayor of Louisville Metro and ) | |
| the CITY OF LOUISVILLE, ) | |
| ) | |
| DEFENDANTS ) | |

## ENTRY OF APPEARANCE

Please take notice that the undersigned, Vincent F. Heuser, Jr., hereby enters his appearance as counsel for the Human Dignity Project, Inc., potential *amicus curiae* or intervening plaintiff, in the above-referenced matter.

Respectfully Submitted,

/s  Vincent F. Heuser, Jr.

_____
Vincent F. Heuser, Jr.
Hirsh and Heuser Attorneys
3600 Goldsmith Lane
Louisville, KY   40220
(502) 458-5879
vheuser@hirshandheuser.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2020, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action.

[ √ ]  J. Brooken Smith, Michael G. Swansburg, Jr., SWANSBURG & SMITH, PLLC, 291 N. Hubbards Lane, Suite 172, Box 321, Louisville, Kentucky 40207
jbs@swansburgandsmith.com

[ √ ]  Mayor Greg Fischer, 527 W. Jefferson St 4th Fl, Louisville, KY 40202

/s  Vincent F. Heuser, Jr.
_____
Vincent F. Heuser, Jr.