# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **ON FIRE CHRISTIAN CENTER, INC.,** | |
| **Plaintiff,** | |
| | **Civil Action No. 3:20-cv-00264-JRW** |
| v. | |
| **GREG FISCHER, in his official capacity as Mayor of Louisville Metro, and the CITY OF LOUISVILLE,** | |
| **Defendants** | |

## MOTION TO RESCHEDULE HEARING ON PRELMINARY INJUNCTION

Comes the Plaintiff, On Fire Christian Center, Inc., by counsel, and, respectfully moves the Court to reschedule the telephonic hearing on the motion for preliminary injunction, which hearing was set by the Court's Temporary Restraining Order (DN 6) for April 14, 2020, at 11:00 a.m. In support of said Motion, counsel for Plaintiff states that Matthew T. Martens with the law firm Wilmer Cutler Pickering Hale and Dorr LLP is serving as lead counsel for Plaintiff in this matter. Mr. Martens' Motion for Admission *Pro Hac Vice* will be filed with the Court later today. Mr. Martens has a meeting with a federal governmental agency on behalf of another client that was scheduled prior to, and conflicts with, the time set for the hearing in the matter. The conflicting meeting should be concluded by 1:15 p.m. on April 14, 2020. Plaintiff, therefore, respectively requests that the hearing be rescheduled to any time after 1:15 p.m. on April 14, 2020 so that Plaintiff's lead counsel can represent it in this matter.

Respectfully submitted,

*/s/ J. Brooken Smith*
J. Brooken Smith
Michael G. Swansburg, Jr.
SWANSBURG & SMITH, PLLC
291 N. Hubbards Lane, Suite 172
Box 321
Louisville, Kentucky 40207
Phone: (502) 805-5960
jbs@swansburgandsmith.com
mgs@swansburgandsmith.com

*/s/ Matthew T. Martens*
Matthew T. Martens (*pro hac vice forthcoming*)
Kevin Gallagher (*pro hac vice forthcoming*)
Hyun-Soo Lim (*pro hac vice forthcoming*)
Andrew Miller (*pro hac vice forthcoming*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Matthew.martens@wilmerhale.com

*/s/ Hiram S. Sasser, III*
Hiram S. Sasser, III (*pro hac vice forthcoming*)
Roger Byron (*pro hac vice forthcoming*)
First Liberty Institute
2001 W Plano Pkwy
Plano, TX 75075
Tel: (972) 941-4444
Fax: (972) 941-4457
hsasser@firstliberty.org

*Attorneys for Plaintiff On Fire Christian Center, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on April 13, 2020, I filed a true and accurate copy of the foregoing Motion to Reschedule Hearing on Preliminary Injunction via CM/ECF, which electronic-filing system will serve a copy of the same on counsel of record who have entered an appearance in this matter.

       I hereby further certify that on April 13, 2020, I served a true and accurate copy of the foregoing Motion to Reschedule Hearing on Preliminary Injunction on the following via electronic mail:

    Sarah J. Martin
    Director, Civil Division
    Jefferson County Attorney's Office
    Sarah.Martin@louisvilleky.gov
    *Counsel for Defendants Greg Fischer and City of Louisville*

                                    */s/ J. Brooken Smith*
                                    J. Brooken Smith
                                    *Counsel for Plaintiff, On Fire Christian Center, Inc.*