# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **ON FIRE CHRISTIAN CENTER, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 3:20-cv-00264-JRW |
| **GREG FISCHER, in his official capacity as Mayor of Louisville Metro, and the CITY OF LOUISVILLE,** | |
| **Defendants** | |

## NOTICE OF FILING AFFIDAVIT OF CHUCK SALVO

Comes the Plaintiff, On Fire Christian Center, Inc., by counsel, and, hereby provides Notice of Filing Affidavit of Chuck Salvo. The Affidavit of Chuck Salvo is attached hereto as **Attachment 1.**

Respectfully submitted,

*/s/ J. Brooken Smith*
J. Brooken Smith
Michael G. Swansburg, Jr.
SWANSBURG & SMITH, PLLC
291 N. Hubbards Lane, Suite 172
Box 321
Louisville, Kentucky 40207
Phone: (502) 805-5960
jbs@swansburgandsmith.com
mgs@swansburgandsmith.com

*Attorneys for Plaintiff On Fire Christian Center, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

       I hereby certify that on April 14, 2020, I filed a true and accurate copy of the foregoing Notice of Filing Affidavit of Chuck Salvo and Affidavit of Chuck Salvo via the Court's CM/ECF electronic filing system, which system will serve a copy of the same via electronic mail on the following:

John F. Carroll
Jason D. Fowler
Assistant Jefferson County Attorneys
531 Court Place, Suite 900
Louisville, Kentucky 40202
Phone (502) 574-6321
john.carroll2@louisvilleky.gov
jason.fowler@louisvilleky.gov
*Counsel for Defendants*

Vincent F. Heuser, Jr.
Hirsh and Heuser Attorneys
3600 Goldsmith Lane
Louisville, KY 40220
(502) 458-5879
vheuser@hirshandheuser.com
*Counsel for the Human Dignity Project, Inc.*

       */s/ J. Brooken Smith*
       J. Brooken Smith
       *Counsel for Plaintiff, On Fire Christian Center, Inc.*