# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ON FIRE CHRISTIAN CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREG FISCHER, in his official capacity as Mayor of Louisville Metro, and the CITY OF LOUISVILLE, <br><br> Defendants. | Case No. 3:20-cv-00264-JRW |

### AFFIDAVIT OF CHUCK SALVO

Chuck Salvo, being duly sworn, deposes and states as follows:

1. I am over eighteen years of age, am competent to testify, and have personal knowledge of the facts stated in this Affidavit, which are true and correct.

2. I am a resident of Bullitt County, Kentucky.

3. I am the Pastor of On Fire Christian Center, Inc. (OFCC).

4. OFCC held a drive-in Easter service on Sunday, April 12, 2020, consistent with CDC guidelines.

5. At the beginning of the drive-in Easter service I read aloud over our sound system a safety announcement to everyone in attendance to ensure everyone continued to follow the CDC guidelines. A copy of the announcement is attached hereto as Exhibit A.

Dated: Louisville, Kentucky
April 13TH, 2020

Chuck Salvo
Pastor, On Fire Christian Church

- 1 -

State of Kentucky

County of Jefferson

Subscribed, sworn to and acknowledged before me on this 13th day of April, 2020, by Chuck Salvo, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Nettie Doss Notary Public_
Notary Public for State of Kentucky

**MRS. NETTIE DOSS**
Notary Public - State At Large
Kentucky - Notary ID # 595907
My Commission Expires 2/23/2022

My Commission Expires: 2/23/2022

# EXHIBIT A

1) On Fire Christian Church is fully committed to complying with the CDC's guidelines in all that we do.

2) As we have always done, it is vitally important that we continue to comply with the CDC's guidelines for our drive-in services.  We do a great job of this, and we will continue to do a great job of it.

3) In order to ensure the safety and well-being of everyone here:

- cars must stay parked at least six feet apart;
- everyone must remain in your car <u>for the entire service;</u>
- car windows must be at least half-way up / half-way closed <u>for the entire service</u>.

3) Other than our security personnel, the only people not restricted to a car will be me and our videographer, and both of us will remain a very safe distance from your cars.

4) In all things we all must and will err on the side of caution to prevent potential contact and to ensure the transmission of illness is not facilitated by the service.

5) Our civil leaders are dealing with a tremendously difficult situation, and we pray for them and applaud their work to help protect everyone during this

pandemic. The Church will continue to comply with the CDC guidelines and work with our local government to keep everyone safe and well.