UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| ON FIRE CHRISTIAN CENTER, INC., ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-cv-00264-JRW |
| ) | |
| GREG FISCHER, in his official ) | |
| capacity as Mayor of Louisville Metro, *et al.*, ) | |
|        Defendants. ) | |
| ) | |

**MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE**

The Human Dignity Project and Holy Family Radio, jointly, more the Court for leave to file a brief amicus curiae in support of the Plaintiff On Fire Christian Center, Inc. As grounds for this motion, Movants, by Counsel, state that the Human Dignity Project is a non-profit organization working to uphold human rights and human dignity in the Louisville, Kentucky area since 2016 and who has approximately 800 members in the Louisville, Kentucky area, almost all of whom are active religious persons adversely affected by the actions of the Defendants herein. Holy Family Radio is a non-profit organization of religiously minded Catholics including approximately 400 active members in the Metro Louisville area.

**I. NATURE OF AMICUS CURIAE'S INTEREST**

The Human Dignity Project is an association and non-profit organization that supports and defends the dignity of human life in accordance with the natural law, recognizing and giving precedence to the importance of religious nature of man and the meaning of "common" in the evaluation of the common good. HDP is interested in the outcome of this case because of the repeated use of the term "common good" and the misunderstanding that any material goods can be common. Things that are common in human society are immaterial things, that is, not just a

collection of the individual welfares of each member of the community, as the Metro Louisville Mayor has so often repeated, but rather, common goods are those things all members of the community share at the same time and in the same aspect. Common goods, such as civil friendship, justice, religious faith and liberty, are necessarily immaterial goods, otherwise they cannot be shared by all at the same time. Likewise, St. Michael Radio, Inc d/b/a Holy Family Radio is a non-profit organization incorporated in 1999 and actively serving the interests of religious persons, especially the Catholic community, in the Metro Louisville area since 1999. This organization includes participation of various parish priests and pastors in the community.

This specialized knowledge and experiences with religious persons in the Metro Louisville area allows these groups to provide the Court with a distinctively informed perspective on the issues presented in this case. No counsel for any party authored the tendered *amicus* brief in whole or in part; no party or party's counsel made a monetary contribution to fund its preparation or submission; and no person other than the Human Dignity Project or its counsel have made such a monetary contribution.

## II. RELEVANCE TO THIS ACTION

It is within this Court's "sound discretion" to allow Holy Family Radio and the Human Dignity Project's participation as *amicus curiae* in this matter. *United States v. State of Michigan*, 940 F.2d 143, 165 (6th Cir. 1991). The *amicus* brief tendered here will be useful to the Court because it draws on the experience of many religious persons in the community to explain why the Governor's order and the Mayor's expansive enforcement of it is not a legitimate exercise of municipal authority over the rights of local citizens in a way that is consistent with federal and state law. In the brief, Amicus explains why the federal law prohibits the unnecessary infringement of fundamental rights and that, even under Kentucky law, the

prohibition of faith-based gathering cannot be treated as "non-essential" services. Amicus' participation will not delay or otherwise burden this litigation. Amicus has followed the progress of this case and reviewed the relevant filings. The Human Dignity Project and Holy Family Radio are making this motion and tendering the *amicus* brief on the before the date that Louisville Metro's response to the pending motion for preliminary injuction is due.

## CONCLUSION

For the foregoing reasons, Human Dignity Project and Holy Family RAdio respectfully requests that this Court grant its motion for leave to file a brief *amicus curiae* in support of Plaintiff, On Fire Christian Center, motion for a preliminary injunction.

Respectfully submitted,

/ Vincent F. Heuser, Jr.
_____

Vincent F. Heuser, Jr.
Michael R. Hirsh
Hirsh and Heuser Attorneys
3600 Goldsmith Lane
Louisville, KY   40220
(502) 458-5879
*Counsel for Amicus Curiae Human Dignity Project and Holy Family Radio.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2020, the foregoing was served upon all parties using the Court's CM/ECF system, which will electronically serve a copy to counsel of record:

| | |
|---|---|
| John F. Carroll<br>Jason D. Fowler<br>Assistant Jefferson County Attorneys<br>531 Court Place, Suite 900<br>Louisville, Kentucky 40202<br>Counsel for Defendants Fischer and Metro | Hiram S. Sasser, III<br>FIRST LIBERTY INSTITUTE<br>2001 W. Plano Pkwy<br>Plano, TX 75075<br>hsasser@firstliberty.org<br>Co-counsel for Plaintiff |
| J. Brooken Smith<br>Michael G. Swansburg, Jr.<br>SWANSBURG & SMITH, PLLC<br>291 N. Hubbards Lane, Suite 172<br>Box 321<br>Louisville, Kentucky 40207<br>Counsel for Plaintiff | Hon, Daniel Cameron, Esq., A.G.<br>Hon. Barry L. Dunn (Bar # 93787)<br>Hon. S. Chad Meredith (Bar # 92138)<br>Matthew F. Kuhn (Bar # 94241)<br>Brett R. Nolan (Bar # 95617)<br>Special Litigation Counsel<br>Office of the Attorney General<br>700 Capital Avenue, Suite 118 |
| Matthew T. Martens<br>Kevin Gallagher<br>Hyun-Soo Lim<br>Andrew Miller<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Co-counsel for Plaintiff | Frankfort, Kentucky 40601<br><br><br>/s Vincent F. Heuser, Jr.<br>_____<br>Vincent F. Heuser, Jr. |