UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

ON FIRE CHRISTIAN CENTER, INC.                                                  PLAINTIFF

v.                                                                 CIVIL ACTION NO. 3:20-CV-264-JRW

GREG FISCHER, ET AL.                                                         DEFENDANTS

### ORDER OF DISMISSAL WITHOUT PREJUDICE

1. The Court **DENIES as moot** On Fire's preliminary injunction motion (DN 3).

2. The Court **DISSOLVES** the Temporary Restraining Order (DN 6).

3. The Court **DENIES as moot** the Human Dignity Project's motion for leave to file an amicus brief (DN 32).

4. The Court **GRANTS** On Fire's motion for entry of the parties' agreed order (DN 33).

5. The Court **DISMISSES** this case **without prejudice**.

Justin R Walker, District Judge
United States District Court

April 22, 2020

1